340

publication November 2, 1948.  Putnam, Johnson, Alschuler & Ruddy, for appellant; Sam Alschuler and Robert E. Brown, of counsel; Sears and Streit, for appellee; Ralph C. Putnam, Jr., of counsel.  Opinion by PRESIDING JUSTICE WOLFE.  **Not to be published in full.**

## John G. Allen, Appellee, v. Charles D. Beam, Appellant.

**Gen. No. 10,255.**

opinion filed October 14, 1948; released November 2, 1948.  Frank P. North and Burrell & Burrell, for appellant; David M. Burrell, of counsel; Berry & Simmons, for appellee.  Opinion by PRESIDING JUSTICE WOLFE.  **Not to be published in full.**

## Ida K. Robinson, Administrator de bonis non with the Will Annexed of Estate of Laura P. Robinson, Deceased, Appellant, v. William A. Dennis, Appellee.

**Gen. No. 10,241.**

opinion filed October 14, 1948; released for publication November 2, 1948.  Harold R. Nettles, for appellant; Lathrop, Brown & Connolly, for appellee; Roy H. Brown, of counsel. Opinion by JUSTICE BRISTOW.  **Not to be published in full.**

In re Matter of Roy Sharp, Jr. et al.
Rosetta Sharp, Appellee, v. Roy Sharp and Father Philip Kennedy, Superintendent of St. Vincent's Home for Children at Freeport, Appellants.

**Gen. No. 10,280.**

opinion filed October 14, 1948; released for publication November 2, 1948.  Sheldon & Brown, Sim T. Mee and Alexander L. Haglund, for appellants; Besse & Besse and L. L. Winn, for appellee.  Opinion by JUSTICE BRISTOW.  **Not to be published in full.**